**Opinion issued September 9, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00428-CV**

———————————

**IN RE AMANDA BONNER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On May 29, 2014, relator, Amanda Bonner, filed a petition for writ of mandamus.[1]   On August 25, 2014, relator filed a "Motion for Voluntary Dismissal."  No opinion has issued.  Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus.  *Cf.* TEX. R. APP. P. 42.1(a)(1).  We dismiss any other pending motions as moot.

---

[1]   The underlying case is *In the interest of M.E.M. and W.T.M., Jr., Children*, cause number 2013-01375J, pending in the 314th District Court of Harris County, Texas, the Hon. John Phillips presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.